IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed June 12, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Henry County Jail, Abbeville, Alabama, commanding them to deliver William Lenories Wright, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done this 12th day of June, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE