IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2007 JUN 13 A 8:32

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER: 2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | ) |

## WRIT OF HEABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   HENRY COUNTY JAIL
                         AT   ABBEVILLE, AL

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of WILLIAM LENORIES WRIGHT, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom 5A of said Court, in the City of MONTGOMERY, on 6/27/07, at 10:30 a.m., to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

RETURNED AND FILED
JUN 22 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

BY ORDER OF THE COURT.

DONE this the 12th day of June, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
      Deputy Clerk

L 6/13/07
F
M
L-att 4/20/07  6/20/07 Returned unexecuted
Subject made bond in Henry Co &
TOT US MS on detainer  Pam Hardy sdula