IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.: 2:07CR-91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |

## **ORDER**

For good cause, it is

**ORDERED** that a detention hearing now set for **June 26, 2007** at **1:30 p.m.** be and is hereby **RESET** for **June 28, 2007, at 9:00** a.m. in courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 25th day of June, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE