IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** undersigned counsel and moves to withdraw as counsel for William Wright and requests this Court permit the substitution of a CJA Panel Attorney. In support of this motion, undersigned counsel states:

1. On June 21, 2007, undersigned counsel was appointed to represented Mr. Wright.

2. Based upon Mr. Wright's belief that undersigned counsel has failed to zealously represent him, Mr. Wright no longer wishes to assist counsel and expressed verbal hostility towards undersigned counsel's continued representation.

3. Meetings between undersigned counsel and Mr. Wright have not been able to resolve the breakdown in communication and/or trust and Mr. Wright requests new counsel be appointed.

4. These disputes and Mr. Wright's unwillingness to communicate with undersigned counsel has led to irreconcilable differences between Mr. Wright and counsel. It is therefore, in the interest of justice to allow undersigned counsel to withdraw and substitute new counsel who may better communicate with Mr. Wright.

**WHEREFORE**, for the reasons set forth above, undersigned counsel respectfully requests the court relieve Jennifer Hart as counsel for Mr. Wright and court appoint a CJA Panel Attorney as counsel for Mr. Wright.

Dated this 4th day of September, 2007.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, AUSA.

                                                Respectfully submitted,

                                                s/Jennifer A. Hart
                                                **JENNIFER A. HART**
                                                FEDERAL DEFENDERS
                                                MIDDLE DISTRICT OF ALABAMA
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                jennifer_hart@fd.org
                                                AL Bar Code: HAR189