IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

### **ORDER**

Upon consideration of the motion to withdraw as counsel (doc. # 21) filed by the counsel for the defendant, and for good cause shown, it is

ORDERED that the motion be and is hereby GRANTED and that a panel attorney be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance.

Done this 4th day of September, 2007.

　　　　　　　　　　　　　　　　  /s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE