IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   2:07-cr-0091-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SEPTEMBER 17, 2007 TRIAL

COMES NOW, the defendant, William Lenories Wright, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the September 17, 2007 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The undersigned was recently appointed as counsel to represent the defendant in this matter on September 6, 2007.

2. The undersigned attorney will not have sufficient time to prepare for trial on September 17, 2007, as he also has another trial set to proceed on September 17, 2007 (United States of America v. Clarence Byron Carter, II, Case No. 2:06-cr-0092-MHT-CSC).

3. Assistant United States Attorney Kent B. Brunson has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the September 17, 2007 Trial be continued.

Respectfully submitted this 10th day of September, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**