IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:07-cr-0091-MRT |
| ) | |
| WILLIAM LENORIES WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO FOR LEAVE TO FILE OUT OF TIME

COMES NOW, the defendant, William Lenories Wright, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to allow him to file his Motion to Suppress Evidence Obtained Through Search and Defendant's Statement out of time.

As grounds in support thereof, the following is stated:

1. The defendant's former counsel filed a Motion to Withdraw on September 4, 2007.

2. The undersigned was appointed September 6, 2007, well after the pretrial motion filing deadline of August 25, 2007.

3. The basis of the breakdown in communications between the defendant and his former counsel consisted of the defendant's demand for a Motion to Suppress Evidence, which was not filed by former counsel.

4. The undersigned moves this Honorable Court for leave to file his Motion to Suppress Evidence Obtained Through Search and Defendant's Statement out of time.

5.   Assistant United States Attorney Kent B. Brunson has been contacted and has no objection to this <u>Motion for Leave to File Out of Time</u> being granted.

WHEREFORE, premises considered, Defendant moves he be allowed to file his <u>Motion to Suppress Evidence Obtained Through Search and Defendant's Statement</u> out of time.

Respectfully submitted this 19th day of September, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent B. Brunson, AUSA
United States Attorney's Office
Post Office Box 197
Montgomery, AL  36101-0197

s/ Richard K. Keith
**OF COUNSEL**

2