IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**ORDER**

Upon consideration of the motion for Leave to File Defendant's Motion to Suppress (doc. # 28) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED to and including October 1, 2007.

Done this 20th day of September, 2007.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE