IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**ORDER**

Upon consideration of the motion to suppress filed by the defendant, it is

ORDERED as follows:

(1)   On or before October 9, 2007, the Government shall file a response to the defendant's motion to suppress.

(2)   A evidentiary hearing on the motion to suppress be and is hereby set on October 10, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody and desires to be present, not later than three days prior to the proceeding counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the hearing.

Done this 21st day of September, 2007.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE