IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cr-0091-MHT |
| | ) |
| WILLIAM LENORIES WRIGHT, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO HAVE DEFENDANT PRESENT
AT THE OCTOBER 10, 2007 EVIDENTIARY HEARING**

COMES NOW, the defendant, William Lenories Wright, by and through the undersigned counsel, Richard K. Keith, and files this motion to have him present at the October 10, 2007 evidentiary hearing currently scheduled in this matter.

As grounds in support thereof, the following is stated:

1. The above-styled case is set for an evidentiary hearing on October 10, 2007, at 10:00 a.m.

2. Defendant Wright has requested that he be present at said hearing.

Respectfully submitted this 24th day of September, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Kent B. Brunson, AUSA
>Post Office Box 197
>Montgomery, AL  36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**