IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 2:07CR91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |
| ) | |

### ORDER

Upon consideration of the *Motion to Have Defendant Present at the October 10, 2007 Evidentiary* (doc. #32) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 25th day of September, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE