IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.    2:07-cr-0091-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ISSUANCE OF SUBPOENAS

COMES NOW the defendant, William Lenories Wright, pursuant to Rule 17 (a)(b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A (e)(1), and respectfully moves this Honorable Court for an Order permitting the issuance of the following requested subpoena and requiring the costs of the witness' transportation, subsistence and witness fees be paid at Government expense.

Defendant, pursuant to Rule 17 (a)(b) and (c), Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoena at the Government expense upon:

> Queen Davis (a/k/a Queenie Davis)   **alternate address**   Nina's Cleaners
> 233 3rd Avenue, SW                                            302 Columbiana Rd.
> Birmingham, AL  35211                                         Homewood, AL
>                                                                (205) 566-0547

Said subpoena should require the above-named witnesses to appear and testify at the evidentiary hearing in the United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama, on October 10, 2007, at 10:00 A.M.

In further support hereof, the defendant shows the following:

1.	The defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and the undersigned was appointed to represent him.

2.	The testimony of the witness is material to the evidentiary hearing in that she will testify to the facts and circumstances surrounding the allegations against the defendant.

WHEREFORE, Defendant respectfully requests that this Motion be granted and the Court issue an order requiring service of subpoena by the U.S. Marshal upon the aforementioned witness, with witness fees and costs of transportation and subsistence to be provided at Government expense.

Dated this 27th day of September, 2007.

<div style="margin-left: 50%;">
s/ Richard K. Keith  
**RICHARD K. KEITH (KEI003)**  
Attorney for Defendant  
**KEITH & DUBIN, P.C.**  
22 Scott Street  
Montgomery, AL  36104-4012  
Telephone: (334) 264-6776  
Facsimile:  (334) 265-5362
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Kent B. Brunson, AUSA
> Post Office Box 197
> Montgomery, AL  36101-0197

>                                   s/ Richard K. Keith
>                                   **OF COUNSEL**