## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.    2:07-cr-0091-MHT** |
| | ) | |
| **WILLIAM LENORIES WRIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Having considered the foregoing Motion for Issuance of Subpoenas in connection with the October 10, 2007 evidentiary hearing in the above-styled cause,

**IT IS HEREBY ORDERED** that the requested subpoenas be served by the U.S. Marshal for the presence of the following named person to testify at the October 10, 2007 evidentiary hearing:

**Queen Davis (a/k/a Queenie Davis)    [or alternate address]    Nina's Cleaners**
**233 3rd Avenue, SW                                                  302 Columbiana Rd.**
**Birmingham, AL  35211                                             Homewood, AL**
**                                                                              (205) 453-8658**

**IT IS HEREBY ORDERED** the cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

Done this 1st day of October, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE