IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07CR91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |
| | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the evidentiary hearing presently set in this case for **October 10, 2007 at 10:00 a.m.** be and is hereby **RESET** for **October 10, 2007 at 2:30 p.m.** in courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 3rd day of October, 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE