IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**UNITED STATES' RESPONSE TO MOTION TO SUPPRESS**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion to Suppress filed by the defendant herein, the following is submitted:

1. Defendant seeks to suppress evidence found as a result of the search of his vehicle and any statements he made during the search. The search occurred after Alabama State Trooper James Hendrix was dispatched to mile marker 195 on I-65 in Autauga County concerning a one vehicle accident. Trooper Hendrix arrived at the scene and found a 1983 Chevrolet pickup in the median of I-65. The defendant was in the driver's side and a passenger was in the passenger side of the pickup. Trooper Hendrix detected the odor of alcohol on the defendant and performed a breath test which resulted in a reading of .11 which is above the legal Alabama limit of .08 (Code of Alabama§ 32-5A-191). Trooper Hendrix arrested the defendant for DUI and impounded the vehicle because the passenger had apparently been drinking also.

2. Since the defendant was taken into custody for DUI and the passenger also appeared to have been drinking, the vehicle was in lawful police custody. Colo. v. Bertine, 479 U.S. 367 (1987). Once in police custody, a warrantless search is permitted to satisfy three purposes: (1) to protect the owner's property while it is in police custody; (2) to protect the police against claims of lost or stolen property; and (3) to protect the police from potential danger. Colo. v. Bertine,

supra.; Ill. v. Lafayette, 462 U.S. 640 (1983); S.D. v. Opperman, 428 U.S. 364 (1976).

3.  A search conducted during an inventory of the vehicle may include a search of any container in the vehicle.  (Colo. v. Bertine, supra).

4.  During the inventory search of the defendant's vehicle, one loaded 9 mm pistol was located on the driver's seat and crack cocaine packaged in three separate bags was found behind the driver's seat.  A bag of marijuana was also found.

5.  Trooper Hendrix advised the defendant of his Miranda rights prior to asking him about the gun, crack cocaine and marijuana

Wherefore, premises considered, the United States submits the defendant's Motion to Suppress is due to be denied.

Respectfully submitted on this 4th day of October , 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Kent B. Brunson
        KENT B. BRUNSON
        131 Clayton Street
        Montgomery, AL 36104
        Phone:  (334) 223-7280
        Fax:  (334) 223-7135
        E-mail:  kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith, Esquire.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov