IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.    2:07-cr-0091-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ISSUANCE OF SUBPOENA

COMES NOW the defendant, William Lenories Wright, pursuant to Rule 17 (a)(b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A (e)(1), and respectfully moves this Honorable Court for an Order permitting the issuance of the following requested subpoena and requiring the cost of transportation, subsistence and witness fees be paid at Government expense.

Defendant, pursuant to Rule 17 (a)(b) and (c), Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoena at the Government expense upon:

1. Queen Davis a/k/a Queenie
   204 Goldwire Street
   Titusville, AL

Said subpoena should require the above-named witnesse to appear and testify at the trial in the above-referenced matter at the United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama, on December 10, 2007, at 10:00 A.M.

In further support hereof, the defendant shows the following:

1.     The defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and the undersigned was appointed to represent him.

2.     The testimony of the witness is material to preparing defendant's defense.

WHEREFORE, Defendant respectfully requests that this Motion be granted and the Court issue an order requiring service of subpoena by the U.S. Marshal upon the aforementioned witness, with witness fees and cost of transportation and subsistence to be provided at Government expense.

Dated this 28th day of November, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Kent B. Brunson, AUSA
>Post Office Box 197
>Montgomery, AL  36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**