IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:07-cr-0091-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**APPLICATION IN FORMA PAUPERIS FOR
SUBPOENAS DUCES TECUM TO BE ISSUED FOR SERVICE**

COMES NOW the defendant, William Lenories Wright, pursuant to Rule 17(a), (b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A(e)(1), and respectfully moves this Honorable Court for an Order permitting the issuance of the following requested Subpoenas Duces Tecum, requiring the costs of transportation, subsistence, and witness fees be paid at Government expense.  The defendant further requests that service of these subpoenas be made by marshals or deputy marshals pursuant to Rule 17(d) of the Federal Rules of Criminal Procedure, and that the costs of serving these subpoenas be paid at Government expense.

Defendant, pursuant to Rule 17(a), (b) and (c) of the Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoenas:

1. **Custodian of Records
   U.S. Marshal's Office – Middle District of Alabama
   Frank M. Johnson Federal Building
   15 Lee Street, Room 224
   Montgomery, AL  36104
   (334) 223-7401**

Said witness shall produce the following INSTANTER to Defendant's counsel:

> Any and all videotapes showing surveillance of the U.S. Marshal's lock-up between 9 a.m. and 2:30 p.m. on October 10, 2007.

2. **Custodian of Records**
   **Alabama State Troopers**
   **1708 Cong. W.L. Dickinson Drive**
   **Montgomery, Alabama 36109**
   **(334) 270-1122**

Said witness shall produce the following INSTANTER to Defendant's counsel:

> Any and all videotapes and/or audiotapes from Trooper Hendrix's patrol car during the time of the defendant's arrest on or about January 16, 2007.

3. **Custodian of Records**
   **Autauga Metro Jail**
   **136 N. Court Street**
   **Prattville, Alabama  36067**
   **(334) 358-3417**

Said witness shall produce the following INSTANTER to Defendant's counsel:

> Any and all videotapes and/or audiotapes from the date of the defendant's arrest on or about January 16, 2007.

4. **Custodian of Records**
   **Autauga County Sheriff's Department**
   **162 W. Fourth Street**
   **Prattville, AL  36067**
   **(334) 365-3211**

Said witness shall produce the following INSTANTER to Defendant's counsel:

> Any and all videotapes and/or audiotapes from Deputy McNatt's patrol car during the time of the defendant's arrest on or about January 16, 2007.

In further support hereof, the Defendant shows the following:

1. The Defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and Richard K. Keith was appointed to represent him.

2. The above evidence is material to preparing the defendant's defense.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that this Motion be granted and that this Honorable Court issue an order requiring service of the subpoenas upon the aforementioned persons at Government expense.

**RESPECTFULLY SUBMITTED**, this the 28th day of November, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL 36104-4012
        Telephone: (334) 264-6776
        Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**