IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**O R D E R**

Having considered the defendant's Application in Forma Pauperis for Subpoenas Duces Tecum to be Issued for Service in connection with the prosecution for trial in the above-styled case (doc. # 43),

IT IS HEREBY ORDERED that the requested Subpoenas Duces Tecum be issued for the following: **Custodian of Records, U.S. Marshal's Office, Custodian of Records, Alabama State Troopers, Custodian of Records, Autauga Metro Jail, and Custodian of Record, Autauga County Sheriff's Department**.

IT IS HEREBY ORDERED that the United States Marshal shall serve these subpoenas and shall pay the cost of transportation, subsistence, and fees for the witnesses in the same manner as witnesses subpoenaed by the Government.

Done this 28th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE