IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:07cr91-MHT |
| | ) |
| WILLIAM LENORIES WRIGHT | ) |

**O R D E R**

Having considered the defendant's Motion for Issuance of Subpoena in connection with the prosecution for trial in the above-styled case (doc. # 42),

IT IS HEREBY ORDERED that the requested Subpoenas Duces Tecum be issued for the following:

**Queen Davis a/k/a Queenie
204 Goldwire Street
Titusville, AL**

IT IS HEREBY ORDERED that the United States Marshal shall serve this subpoena and shall pay the cost of transportation, subsistence, and fees for the witness in the same manner as witnesses subpoenaed by the Government.

Done this 28th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE