RECEIVED    2:07cr91-001

2007 NOV 26  A 9:58

<u>Myron H. Thompson</u>    ~BRA P. HACKETT    11/20/07
UNITED STATES DISTRICT JU~  U.S. DISTRICT COURT
                            MIDDLE DISTRICT ALA asking for help

Your Honor, My name is William L. Wright I'm beening held
at the Montgomary City Jail (Federail holding). Your Honor I'm
being held on lies from Trooper Hendrix and the truth his been
told in court at a suppression trail. My Attorney Richard K. Keith,
The District Attorney, and Magistrate Judge Charles S. Coody all
know it and wan't do anything about it. They have written more
lies to keep from leting me go. Attorney Keith came to see me
after the judge made his decision (11/13/07). He told me I had
been denied. He said He isn't the kind of judge that charge
Officers with perjury. I did'nt know what he was talking
about at that time because I didn't have any paper work. I
got my paper work back and the judge has written thing in it that
was never said. In the Suppression trail the Trooper   confess
that the gun came from right under Ms. Davis. In Trooper
Hendrix arrest report he state that he ask Ms. Davis to exit the
vehicle so they could check the vehicle. Deputy McNatt removed
the blanket that was covering Ms. Davis and upon doing so observed
a Hi Point 9mm sitting on the seat next to where Mr Wright was sitting.
He never said anything about Deputy McNatt and a blanket cover-
ing the gun in the Suppression trail. Attorney Keith told Trooper
Hendrix that he wasn't the one that found the gun. Troop~

Hendrix stated that I was there I was on the other side when Ms. Davis moved to get out the truck the gun was right under Her. Trooper Hendrix has written many other lies in his arrest report. In his Accident Report It says that I have a .09 on the breath test and in the arrest Report its .11 bac. Truth is he gave me three breath test at the Autauga Metro Jail right behind each other and I was'nt drunk. The vedio from the Jail will show that he is lying about the Field Sobriety Tests and you can see him giving me three breath test with a small portable machine.

Your Honor Jugde Coody report states that Ms Davis was seated in the passenger's seat. (Trooper Hendrix said in his report that she was sitting in the middle). They never talk about that at the suppression trail and Deputy McNatt is now Deputy McDaniel in Jugde Coody report. I dont know if its a mistake or they're getting someone to help them with there lies. Judge Coody stated Davis was still sitting on the passenger's side of the truck's bench seat with a blanket and jacket covering her lap. (In court there wasn't anything said about the blanket and jacket being in Ms. Davis Lap. The Trooper said he told her to take the Jacket and blanket off). Judge Coody said Hendricks went to the passenenger's side door and asked Davis to get out of the truck. From the driver's side of the vehicle Deputy McDaniel leaned across the front seat and pulled the blanket and jacket from Davis' lap. As the blanked and jacket were moved away, Hendricks saw a High Point 9 millimeler semiautomatic

pistol laying on the bench seat between the driver's seat and Davis' seat. (You want hear any of this in court at the suppression trail. United States of America V. William Wright CR.NO.2:07CR91-MHT Oct 10, 2007 Judge Coody 2:30 trail

Your Honor. I was very hurt when I got this report I prayed and ask GOD what to do and that when I started writing you. I pray in the name of Jesus that you can and will help me. Your Honor I want to go home to my family. I'm Electrician Local 136 IBEW.

Your Honor Ms. Davis came to testify that the gun and drugs belong to her. They told her that they was going to charge both of us so it would do my good. So she didn't testify. (In Trooper Hendrix's report he advised Ms. Davis that charges were pending against her.) She was never charge He just wrote lies to put the gun and drugs on me. Your Honor Ms. Davis has told both of the lawyer I had that the drugs and gun was her's. She told them that the officer got them from under Her. So when Trooper Hendrix said He saw the gun right uder her he wasn't lying. The District Attorney and My Lawyer both know thats what I been say all along. They just keep tell me about the time I can get if I go to trail They tell me I could get fifteen year. If my lawyer get the things I ask him they'er know I'm telling the truth. Thank you for your time. I pray that you let me go home to my family.        Thank you William L. Wright

Your Honor I ask for my transcipt two weeks after my Suppression trail, Five weeks has pass since then and my lawyer tell's me he can get it, I talk with him about it last 11/19/07.      I let him know I want to be at my pre-trail and he said he dont think I have one.

MONTGOMERY AL 361

21 NOV 2007 PM 4 L



USA 41