**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Cr. No.   2:07-cr-0091-MHT |
| | ) | |
| **WILLIAM LENORIES WRIGHT,** | ) | |

**MOTION FOR TRANSCRIPT OF**
**OCTOBER 10, 2007 SUPPRESSION HEARING**

COMES NOW the defendant, William Lenories Wright, and moves this Honorable Court to provide the defendant with the transcript of the October 10, 2007 Suppression Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1.    The undersigned CJA panel representative was appointed to represent the indigent defendant on September 6, 2007.

2.    A Suppression Hearing was held on October 10, 2007, on the defendant's Motion to Suppress.

3.    A transcript of the October 10, 2007 Suppression Hearing is requested to assist the undersigned in preparation for trial.

WHEREFORE, a transcript at no expense to the indigent defendant is requested.

Respectfully submitted this 30th day of November, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Kent B. Brunson, AUSA
>Post Office Box 197
>Montgomery, AL  36101-0197

>s/ Richard K. Keith
> **OF COUNSEL**