IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | ) | |

**ORDER**

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 39) and the objections filed by defendant William Lenories Wright (doc. nos. 40 & 46); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant William Lenories Wright's objections (doc. nos. 40 & 46) are overruled;

(2) That the recommendation of the United States Magistrate Judge (doc. no. 39) is adopted; and

**(3) That defendant Wright's motion to suppress (doc. no. 30) is denied.**

**Done, this the 30th day of November, 2007.**

                /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**