IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

**<u>ORDER</u>**

Upon consideration of the motion for transcript (doc. # 49) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 30th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE