IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07-cr-0091-MHT |
| | ) | |
| **WILLIAM LENORIES WRIGHT,** | ) | |

**DEFENDANT'S MOTION IN LIMINE TO REDACT FROM THE INDICTMENT AND EXCLUDE ANY EVIDENCE OR TESTIMONY REGARDING PRIOR FELONY CONVICTIONS PURSUANT TO OLD CHIEF v. UNITED STATES**

COMES NOW the defendant, William Lenories Wright, by and through his attorney of record, Richard K. Keith, and hereby moves *in limine* for an Order directing the United States to refrain from placing any statement, argument, evidence or testimony before the jury concerning Mr. Wright's prior criminal record with the exception of the stipulated fact that on September 29, 1989, he was convicted of a felony offense in the Circuit Court of Jefferson County, Alabama.

In support of this motion, Defendant relies upon the case of *Old Chief v. United States*, 519 U.S. 172 (1997). There, the United States Supreme Court held that in a prosecution for possession of a weapon by a convicted felon, if the defendant admits his status as a convicted felon, the government should be barred, under Rule 403, Fed. R. Evid., from introducing evidence about the nature of the prior offense(s). Therefore, once Mr. Wright agrees to admit his status as a previously convicted felon, and stipulates to the same, the government should be barred from offering any evidence, testimony, or argument about the type of felony, or the sentence received for that offense.

The defendant will stipulate at trial to having been convicted of a felony offense in Jefferson County, Alabama, on September 29, 1989. The Trial Court will be in a position to inform the jury of the stipulation and the government will not need to prove that element of the offense. Accordingly, there will be no reason for the government, or any of its

witnesses to provide any records, documentation, testimony, or evidence in support of the element and the defendant's motion should be granted.

Respectfully submitted this 30th day of November, 2007.

                                        s/ Richard K. Keith
                                        **RICHARD K. KEITH (KEI003)**
                                        Attorney for Defendant
                                        **KEITH & DUBIN, P.C.**
                                        22 Scott Street
                                        Montgomery, AL  36104-4012
                                        Telephone: (334) 264-6776
                                        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL  36101-0197

                                        s/ Richard K. Keith
                                        **OF COUNSEL**