IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
) 2:07cr91-MHT
**WILLIAM LENORIES WRIGHT** )

### ORDER

It is ORDERED that the motion in limine (Doc. No. 52) is set for submission, without oral argument, on December 5, 2007, with all briefs due by said date.

DONE, this the 3rd day of December, 2007.

     /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**