IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.    2:07-cr-0091-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ISSUANCE OF SUBPOENAS

COMES NOW the defendant, William Lenories Wright, pursuant to Rule 17 (a)(b) and (c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A (e)(1), and respectfully moves this Honorable Court for an Order permitting the issuance of the following requested subpoenas and requiring the costs of the witness' transportation, subsistence and witness fees be paid at Government expense.

Defendant, pursuant to Rule 17 (a)(b) and (c), Federal Rules of Criminal Procedure, requests the issuance by this Court of an Order requiring service of the following subpoenas at the Government expense upon:

| | |
|---|---|
| Trooper Hendrix | Deputy McNatt |
| Alabama State Troopers | Autauga County Sheriff's Dept. |
| 1708 Cong. W.L. Dickinson Dr. | 162 W. Fourth Street |
| Montgomery, AL  36109 | Prattville, AL  36067 |
| (334) 270-1122 | (334) 265-3211 |

Said subpoena should require the above-named witnesses to appear and testify at the trial in this case at the United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama, on December 10, 2007, at 10:00 A.M.

In further support hereof, the defendant shows the following:

1.  The defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and the undersigned was appointed to represent him.

2.  The testimony of the witness is material to the trial in that they will testify to the facts and circumstances surrounding the allegations against the defendant.

WHEREFORE, Defendant respectfully requests that this Motion be granted and the Court issue an order requiring service of subpoenas by the U.S. Marshal upon the aforementioned witnesses, with witness fees and costs of transportation and subsistence to be provided at Government expense.

Dated this 4th day of December, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Kent B. Brunson, AUSA
>Post Office Box 197
>Montgomery, AL  36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**