IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-091-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

### ORDER

Having considered the foregoing Motion for Issuance of Subpoenas (doc. # 58) in connection with the December 10, 2007 trial in the above-styled cause,

**IT IS HEREBY ORDERED** that the requested subpoenas be issued for the presence of the following named persons to testify at trial:

1. Deputy McNatt, Autauga Co. Sheriff's Dept.

2. Trooper Hendrix, Alabama State Troopers

**IT IS FURTHER ORDERED** the cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

Done this 4th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE