IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr91-MHT |
| | ) | |
| **WILLIAM LENORIES WRIGHT** | ) | |

**UNITED STATES' RESPONSE TO MOTION IN LIMINE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion in Limine to redact pursuant to <u>Old Chief v. United States</u>, the following is submitted:

1. The United States does not object to redacting the prior criminal offense from the indictment provided Defendant Wright stipulates to having a prior felony conviction.

2. An indictment (Attachment 1) in which the redaction has been made is attached with this response. A stipulation (Attachment 2) has also been attached.

Wherefore premises considered, the United States submits the Motion in Limine is due to be denied as moot.

Respectfully submitted on this 4th day of December, 2007.

                                                                LEURA G. CANARY
                                                                UNITED STATES ATTORNEY

                                                                /s/Kent B. Brunson
                                                                KENT B. BRUNSON
                                                                131 Clayton Street
                                                                Montgomery, AL 36104
                                                                Phone: (334) 223-7280
                                                                Fax: (334) 223-7135
                                                                E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith, Esquire.

    Respectfully submitted,

    /s/Kent B. Brunson
    KENT B. BRUNSON
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: kent.brunson@usdoj.gov

FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY - 9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:07CR91-MHT |
| WILLIAM LENORIES WRIGHT | ) | [18 USC 922(g)(1); |
| | ) | 21 USC 841(a)(1); |
| | ) | 21 USC 844; |
| | ) | 18 USC 924(c)(1)(A)(i)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 15th day of January, 2007, in Autauga County, Alabama within the Middle District of Alabama,

**WILLIAM LENORIES WRIGHT,**

having been convicted on or about the 29th day of September, 1989, of a felony in the Circuit Court of Jefferson County, Alabama, thereafter did knowingly possess in and affecting commerce a firearm, namely a Hi Point, Model C9, pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 15th day of January, 2007, in Autauga County, Alabama within the Middle District of Alabama,

**WILLIAM LENORIES WRIGHT,**

did knowingly and intentionally possess with intent to distribute more than 5 grams of cocaine base,

commonly referred to as crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 15th day of January, 2007, in Autauga County, Alabama within the Middle District of Alabama,

### WILLIAM LENORIES WRIGHT,

did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

## COUNT 4

On or about the 15th day of January, 2007, in Autauga County, Alabama within the Middle District of Alabama,

### WILLIAM LENORIES WRIGHT,

knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: possession with intent to distribute cocaine base as charged in Count 2 of this indictment in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

A.  Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, or the violation of Title 18, United States Code, Section 924(c)(1)(A)(i), as alleged in Count 4 of this indictment, the defendant,

2

WILLIAM LENORIES WRIGHT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Hi Point, Model C9, pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendants up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922 and 924.

A TRUE BILL:

*Barbara J. Alexander*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*John T. Harmon*
John T. Harmon
Assistant United States Attorney

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney

**<u>STIPULATION</u>**

The United States and the Defendant, William Lenories Wright, stipulate and agree that William Lenories Wright was convicted of a felony in the Circuit Court of Jefferson County, Alabama, on or about the 29th day of September, 1989. The felony for which he was convicted was a crime punishable by imprisonment for a term exceeding one year.

_____
William Lenories Wright
Defendant


_____
Richard K. Keith
Counsel for Defendant Wright


_____
Kent B. Brunson
Assistant United States Attorney