*US v. Wright*
*2:07CR91-TMH*
*Received 12-11-07*
*12:05 pm*

**STIPULATION**

The United States and the Defendant, William Lenories Wright, stipulate and agree that William Lenories Wright was convicted of a felony in the Circuit Court of Jefferson County, Alabama, on or about the 29th day of September, 1989. The felony for which he was convicted was a crime punishable by imprisonment for a term exceeding one year.

_____
William Lenories Wright
Defendant

_____
Richard K. Keith
Counsel for Defendant Wright

_____
Kent B. Brunson
Assistant United States Attorney