IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | ) | |

VERDICT

As to the charge in Count I of the indictment, we, the jury, find the defendant, William Lenories Wright,

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

As to the charge in Count II of the indictment, we, the jury, find the defendant, William Lenories Wright,

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

As to the charge in Count III of the indictment, we, the jury, find the defendant, William Lenories Wright:

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

As to the charge in Count IV of the indictment, we, the jury, find the defendant, William Lenories Wright:

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

DONE, this the  12  day of December, 2007.

_Adolph Bethea_
FOREPERSON