IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | ) | |

### ORDER

Counsel for defendant William Lenories Wright having orally informed the court that defendant Wright objects to any forfeiture in this case, it is ORDERED that the government's motion for a preliminary order of forfeiture (Doc. No. 71) is set for an evidentiary hearing on February 21, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

The government is to file a brief on the issue of forfeiture by no later than February 8, 2008, and

defendant Wright is to do the same by no later than February 15, 2008.

DONE, this the 18th day of December, 2007.


　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE