## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   2:07-cr-0091-MHT |
| ) | |
| **WILLIAM LENORIES WRIGHT,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S CONSENT TO GOVERNMENT'S MOTION FOR FORFEITURE

COMES NOW, the defendant, William Lenories Wright, by and through counsel, and hereby consents to the Government's Motion for Forfeiture.

In support thereof, the following is stated:

1. The Government seeks the forfeiture of one Hi Point, Model C9, pistol.

2. The defendant makes no claim to the above-referenced firearm.

WHEREFORE, the defendant has no objection to the Court granting a preliminary order of forfeiture as to the defendant's interest in the subject property.

Respectfully submitted, this 21st day of December, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John T. Harmon, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
