IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0091-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR NEW TRIAL- JUDGMENT
NOTWITHSTANDING THE VERDICT**

COMES NOW, the defendant, William Lenories Wright, and moves this Honorable Court for a new trial on the following grounds:

I. The Defendant was charged with Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

II. The defendant, Mr. Wright, was also charged with Possession of Cocaine Base with intent to distribute, in violation of Title 18, United States Code, Section 841(a)(1).

III. Mr. Wright was also charged with carrying a firearm in relation to and furtherance of drug trafficking in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

IV. Mr. Wright was further charged with Possession of Marijuana in violation of Title 21, United States Code, Section 844.

V. At trial, there was undisputed evidence that on January 15, 2007, the Defendant, Mr. Wright, was driving down Highway I-65 Southbound from

    Birmingham, Alabama in inclement weather with a female passenger, Ms. Queen Davis, when the two were involved in an accident, sticking them in the muddy median. State Trooper Hendrix responded to the accident in order to assist, and thought he detected an odor of alcohol. After detaining Mr. Wright on suspicion of Driving Under the Influence, Trooper Hendrix and Deputy McNatt began an inventory search of the vehicle. The passenger, Ms. Davis, was sitting inside Mr. Wright's truck covered with a blanket and her son's jacket when the search commenced. When the Trooper assisted Ms. Davis out of the vehicle, the blanket and jacket moved revealing a firearm beside Ms. Davis. During the trial, Ms. Davis testified on behalf of the Defendant that before leaving Birmingham, she grabbed her son's jacket. Unbeknownst to Ms. Davis, her son had placed the firearm, cocaine base, and marijuana in the pocket of his jacket. Ms. Davis testified the cocaine base, marijuana, and firearm all belonged to her son, not to the defendant, Mr. Wright, and in fact, Mr. Wright had no knowledge of the items.

VI. The Defendant, Mr. Wright, was found guilty of the above charges despite Ms. Davis' testimony asserting her possession of the items. Since Ms. Davis claimed possession, Mr. Wright should have been acquitted of the three Possession charges and the Intent to Traffic charge.

WHEREFORE, the foregoing considered, the Defendant, William Lenories Wright, moves this Honorable Court for a Judgment Notwithstanding the Verdict and to grant this Motion for a New Trial.

2

Respectfully submitted this 21st day of December, 2007.

        s/ Richard K. Keith
        **Richard K. Keith (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL 36104
        Telephone: (334) 264-6776
        Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing motion with Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**