IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 DEC 27 A 11:52
DEBRA P. HACKETT, CLK

UNITED STATES OF AMERICA,
Plaintiff,
V.
WILLIAM LENORIES WRIGHT
Defendant.

CR. NO. 2:07cr91MHT

Motion For a Judgment of Acquttal, And/or In The Alternative A New Trial.

Comes Now, the Defendant, Pursuant to Rules 29.(c)(1) and 29.(d)(1), here by files this motion for a Judgment of Acquittal, and/or, in the Alternative a New Trial, In support here in argues the following:

A. That the Defendant ("Here in After Words", Mr. Wright). was Tried by a jury trial began on or about December 10th, 2007.

B. That on or about December 12th, 2007, during the jury deliberation, the juror's requested the trial transcript (testiomony of all witnesses during trial). In order to review accuracy of the witnesses testiomony.

C. That on or about December 12th, 2007, the trial court judge (Hon. Truman M. Hobbs, senior Judge) initially advised the juror's, that the Court house System does

not have morderinize acquipment, to transcribe their request within 'two (2) - R - three (3) days." and advised the juror's to continue deliberation without the transcript.

D. That on or about December 12th, 2007 the trial court judge, after the verdict, appologized to the juror's, and advised that he had been informed (Prior to the verdict), by his secretary that, Soon as you touch a button every thing is printed out. He further advised, that he was old, and for them to blame it on him being old.

C. That Mr. Wright argues that, had the jurors been allowed to read the testimony, they could have read the facts: (i) that one witness testimony clearly exonerated Mr. Wright, where as she testified that the drugs belonged to her, and that Mr. Wright had no knowledged of her possession, that (ii) both arresting agent testimony Contridicted the weight of the drugs quanlities, and, that i (iii) the Trial Court should take into Considration that Ms Davis ownership to the drugs found in the truck Warrants a Judgment of Acquittal.

D. That Mr. Wright argues that, had the jurors been allowed to read the transcript testimonies, they could have read the facts, i (i) that Ms Davis ownership to possession of the gun (firearm) that, (ii) Mr. Wright had no knowledge of the gun she had on her Person, and that; (iii) both arresting agent testified that the gun came from underneath Ms Davis.

E. That Mr. Wright asserts that the court should pole each juror independantly, in relation to the trial transcript testomony request. Mr. Wright have had problem's in the past, with receiving evidence in the case from the Goverment. (See the attached

copies in support here in.).

The Government have withheld material evidence on numerous occasion's thoughout these proceedings. The Gurors requested to review the testimony of these trial witnesses, the Court 'Aduse its Discretion, when he denied the jurors request. Had the jurors been allowed to read the requested testimony, Mr Wright would have been clearly Exonerated.

F. Mr. Wright argues that, during trial, Deputy M^c Natt's, under oath, testified that not only did he participated, he and Trooper Hendrix both search the truck, and located the gun and he located the drugs.

Mr. Wright asserts here in, that the Government knowingly introduced perjury testimony to the jurors. The Goverment was fully aware that Deputy M^c Natt's Supervising officier (chief Nelson). in reponse to Mr. Wright's Subpoena, stated that "all Deputy did was transport prisoner for state trooper Hendrix."

The United states attorney is a officier of the court, and have a sworn oath to uphold the TRUTH. see: United states v. Lyons ______ F. Supp. 2d ______ (S.D. Fla. 2005). (See Exibit "B" in support here in). There was no statement and/or arrest report in Mr. Wright's discovery made by Deputy M^c Natt's. Deputy M^c Natt did not testify at Mr. Wright's Suppression hearing.

G. Finally, Mr Wright avers here that based upon the fore going facts, The court should grant a Judgment of Acquittal; and/

or in the alternative a New Trial.

Done, this the 18 day of December

William L. Wright

William Lenories Wright
Defendant
P.O. Drawer 159
Montgomery, AL. 36101

# CERTIFICATE OF SERVICE

I here by Certify that on December 18th, 2007, I did serve a copy of the foregoing on the following

Kent B. Brunson, AUSA
Post office Box 197
Montgomery, AL. 36101-0197

and that I hand delivered the foregoing to the prison Guards, to be mailed, on December 18th, 2007, Pursuant to Houston vs. Lack __ U.S. ___ (1995.) (Prisoin mail-Box Rule).

[signature]
Williamlenorris Wright
Defendant.

AO89 (Rev. 7/95) Subpoena in a Criminal Case

EXH "B"

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

WILLIAM LENORIES WRIGHT

**SUBPOENA IN A CRIMINAL CASE**

(5)

Case Number: 2:07-cr-0091-MHT

TO: CUSTODIAN OF RECORDS
AUTAUGA COUNTY SHERIFF'S DEPARTMENT
162 W. FOURTH STREET
PRATTVILLE, AL 36067
(334) 365-3211

ANY WITNESS FEES AND MILEAGE DUE WILL BE PAID IN THE SAME MANNER THAT SUCH FEES AND EXPENSES ARE PAID FOR WITNESSES SUBPOENAED ON BEHALF OF THE UNITED STATES

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | ~~4B~~ 2FMJ |
| U.S. District Court, One Church Street, Montgomery, AL 36104 | DATE AND TIME |
| | Dec. 10, 2007, 10:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

(334)265 5362

ANY AND ALL VIDEOTAPES AND/OR AUDIOTAPES FROM DEPUTY MCNATT'S PATROL CAR DURING THE TIME OF THE DEFENDANT'S ARREST ON OR ABOUT JANUARY 16, 2007.

Per conv R. Keith
Patrol car had No audio or Video equipment
All Deputy did was transport prisoner for
STATE Trooper Hendrix
Chief Nelson
ACSD

RECEIVED
2007 NOV 30 P 2:58
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Debra P. Hackett | |
| (By) Deputy Clerk | 11/25/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
RICHARD K. KEITH, ESQ.
22 SCOTT STREET
MONTGOMERY, AL 36104-4012, (334) 264-6776

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

WILLIAM LENORIES WRIGHT

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:07-cr-0091-MHT

TO: CUSTODIAN OF RECORDS
AUTAUGA METRO JAIL
136 N. COURT STREET
PRATTVILLE, AL 36067
(334) 358-3417

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | 4B |
| U.S. District Court, One Church Street, Montgomery, AL 36104 | DATE AND TIME |
| | Dec. 10, 2007, 10:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL VIDEOTAPES AND/OR AUDIOTAPES FROM THE DATE OF THE DEFENDANT'S ARREST ON OR ABOUT JANUARY 16, 2007.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
RICHARD K. KEITH, ESQ.
22 SCOTT STREET
MONTGOMERY, AL 36104-4012, (334) 264-6776

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

WILLIAM LENORIES WRIGHT

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:07-cr-0091-MHT

TO: CUSTODIAN OF RECORDS
ALABAMA STATE TROOPERS
1708 CONG. W.L. DICKINGSON DRIVE
MONTGOMERY, AL 36109
(334) 270-1122

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | 4B |
| U.S. District Court, One Church Street, Montgomery, AL 36104 | DATE AND TIME |
| | Dec. 10, 2007, 10:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL VIDEOTAPES AND OR AUDIOTAPES FROM TROOPER HENDRIX'S PATROL CAR DURING THE TIME OF THE DEFENDANT'S ARREST ON OR ABOUT JANUARY 16, 2007.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
RICHARD K. KEITH, ESQ.
22 SCOTT STREET
MONTGOMERY, AL 36104-4012, (334) 264-6776

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

WILLIAM LENORIES WRIGHT

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:07-cr-0091-MHT

1-mailed all EO

TO: CUSTODIAN OF RECORDS
U.S. MARSHAL'S OFFICE
FRANK M. JOHNSON FEDERAL BUILDING
15 LEE ST., ROOM 224
MONTGOMERY, AL 36104
(334) 223-7401

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | 4B |
| U.S. District Court, One Church Street, Montgomery, AL 36104 | DATE AND TIME |
| | Dec. 10, 2007, 10:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL VIDEOTAPES SHOWING SURVEILLANCE OF THE U.S. MARSHAL'S LOCK-UP BETWEEN 9:00 A.M. AND 2:30 P.M. ON OCTOBER 10, 2007.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
RICHARD K. KEITH, ESQ.
22 SCOTT STREET
MONTGOMERY, AL 36104-4012, (334) 264-6776