IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:07cr91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |

### MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture stating as follows:

1. This Honorable Court entered a Preliminary Order of Forfeiture on January 2, 2008, forfeiting defendant's interest in the HiPoint, Model C9 pistol, bearing serial number P1257008.

2. The weapon is stolen and will be returned to local law enforcement.

3. Publication of the Preliminary Order of Forfeiture is no longer necessary and in order to avoid further judicial expense, the United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

4. A proposed Order is attached.

Respectfully submitted this 31st day of January, 2008.

```
                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Bar Number: 7068-II58J
                        Office of the United States Attorney
                        Middle District of Alabama
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing Motion to Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

```
                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:07cr91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered January 2, 2008, is hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE