IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:07cr91-MHT |
| ) | |
| WILLIAM LENORIES WRIGHT ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture (doc. no. 82) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion (doc. no. 82) be and the same is hereby granted and the Preliminary Order of Forfeiture entered January 2, 2008 (doc. no. 77), be and the same is hereby rescinded and declared void *ab initio*.

DONE, this the 4th day of February, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE