```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA      )
                              )
v.                            )   Criminal Action No.
                              )       2:07cr91-MHT
WILLIAM LENORIES WRIGHT       )
```

### **ORDER**

It is CONSIDERED and ORDERED that defendant William Lenories Wright's motion for reconsideration and/or clarification is DENIED. (Doc. No. 84).

DONE, this the 6th day of February, 2008.

```
                    /s/ Truman M. Hobbs
              Senior United States District Judge
```