IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| **WILLIAM LENORIES WRIGHT** | ) | |

<u>ORDER</u>

It is ORDERED that defendant William Lenories Wright's motion for permission to file an interlocutory appeal (Doc. No. 86) is denied.

DONE, this the 19th day of February, 2008.

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**