IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr91-MHT |
| **WILLIAM LENORIES WRIGHT** | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to withdraw as counsel (Doc. No. 92) is granted.

(2) The clerk of the court is to arrange for the appointment of new counsel for defendant William Lenories Wright.

DONE, this the 28th day of February, 2008.

    /s/ Myron H. Thompson    
**UNITED STATES DISTRICT JUDGE**