IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:07cr91-MHT |
| | ) | |
| WILLIAM LENORIES WRIGHT | ) | |

ORDER

_____The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Everertt Urech be and is hereby appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 5th day of March , 2008.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE