IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * CASE No.  2:07cr91-MHT |
| WILLIAM LENORIES WRIGHT | * |

### NOTICE OF APPEARANCE (APPEAL)

**COMES NOW**, Everett M. Urech and enters his appears as counsel for William Lenories Wright for the appeal of his conviction.

Respectfully submitted this, the 5th day of March, 2008.

Respectfully submitted,
**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, by electronically filing this the 5th day of March, 2008.

s/Everett M. Urech
_____
Everett M. Urech