Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 04, 2008

**Appeal Number: 08-10935-H**
Case Style: USA v. William Lenories Wright
District Court Number: 07-00091 CR-T-N

TO:   Richard K. Keith

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Kent B. Brunson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2008

Richard K. Keith
Keith & Dubin, PC
22 SCOTT ST
MONTGOMERY AL 36104-4012

**Appeal Number: 08-10935-H**
Case Style: USA v. William Lenories Wright
District Court Number: 07-00091 CR-T-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. [See 11th Cir. R. 11-3].

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept **motions or other filings** from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

In any direct criminal appeal from a judgment entered pursuant to the Sentencing Guidelines, counsel or parties proceeding pro se must contact the district court to ensure that the record includes the presentence investigation report (PSI) and " the information submitted during the sentencing proceedings." See 18 U.S.C.§3742(d).

In any criminal appeal in which there is an issue involving the validity of the guilty plea, counsel or parties proceeding pro se must contact the district court to ensure that the record includes a transcript of the guilty plea colloquy.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

We are awaiting appointment of new counsel.

c: District Court Clerk

DKT-1 (11-2007)