RECEIVED

2008 MAR 28 A 9: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 25, 2008

**Appeal Number: 08-10935-H**
Case Style: USA v. William Lenories Wright
District Court Number: 07-00091 CR-T-N

TO:   Everett M. Urech

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Kent B. Brunson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 25, 2008

RECEIVED
2008 MAR 28 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Everett M. Urech
Urech & Livaudais, P.C.
510 N DALEVILLE AVE
DALEVILLE AL 36322-2000

**Appeal Number: 08-10935-H**
Case Style: USA v. William Lenories Wright
District Court Number: 07-00091 CR-T-N

Party To Be Represented: WILLIAM LENORIES WRIGHT

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above. This work is comparable to work performed pro bono publico. The fee which you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C.§ 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Your Criminal Justice Act (CJA) Voucher is enclosed. The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled "Eleventh Circuit Plan Under the Criminal Justice Act"

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122. For all other questions, please call the "Reply To" number shown below.

Your claim for compensation under the Act should be submitted within 60 days after issuance of mandate or filing of a *cert.* petition. We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and *cert.* petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed.

Thank you for accepting this appointment under the Criminal Justice Act.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

CJA-1 (8-2007)