IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:07cr91-MHT
                            )            (WO)
WILLIAM LENORIES WRIGHT     )
```

CORRECTED OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered today, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant William Lenories Wright's motion for retroactive application of sentencing guidelines (doc. no. 115) is granted.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Wright's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 123 months (63 months on counts 1 and 2, and 12 months on count 3, to run concurrently with each other; and 60 months on count 4 to run consecutive to counts 1-3) is reduced to 120 months (60 months on counts 1 and 2, and 12 months on count 3, to run concurrently with each other; and 60 months on count 4 to run consecutive to counts 1-3).

(3) This order will not be effective until November 1, 2015.

DONE, this the 14th day of May, 2015.

                 _ /s/ Myron H. Thompson_
                 **UNITED STATES DISTRICT JUDGE**